# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adelita Gonzales, | No. CV-19-08309-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Collections-I LLC, | |
| Defendant. | |

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice (Doc. 37),

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 2nd day of September, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge